a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| LESLIE STEFANNY MARTINEZ-RICSE #A220-902-728, Petitioner | CIVIL DOCKET NO. 3:26-CV-03321 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN RICHWOOD CORRECTIONAL CENTER, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

# MEMORANDUM ORDER

Pro se Petitioner Leslie Stefanny Martinez-Ricse ("Martinez-Ricse") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 seeking release from pre-removal-order detention while her immigration case remains pending. ECF No. 1. According to the Executive Office for Immigration Review's automated case information system, Martinez-Ricse withdrew the appeal of her removal order.[1]

Accordingly, IT IS ORDERED that Martinez-Ricse AMEND the Petition within 30 days to confirm whether she withdrew her appeal and whether her removal order is now final.

SIGNED on Wednesday, November 18, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

[1] https://acis.eoir.justice.gov/en/caseInformation